UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN Y. DANIELS

        Plaintiffs,

  v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, ET AL.

        Defendants.
_____/

No. C 06-06348 MHP

**ORDER**

    Defendant City of Oakland filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim with a hearing scheduled for December 11, 2006. Under Local Rule 7-3(a), plaintiff was required to file any opposition to defendants' motion at least twenty-one days before the hearing—that is, by November 20, 2006. See Local R. 7-3(a) ("Any opposition to a motion must be served and filed not less than 21 days before the hearing date."). To date, plaintiff has failed to do so. Therefore, the court orders plaintiff to file her opposition to the motion, if any, by December 11, 2006. Defendant must then file any reply by December 18, 2006. The court hereby VACATES the hearing on the motion to dismiss scheduled for December 11, 2006 and sets a new hearing date for January 8, 2007.

IT IS SO ORDERED.

Dated: Nov. 29, 2006

                                              MARILYN HALL PATEL
                                              United States District Court Judge
                                              Northern District of California