Sheila Y. Thomas (SBN 161403)
LAW OFFICES OF SHEILA THOMAS
5260 Proctor Avenue
Oakland, CA 94618
Telephone: (510) 339-3739
Facsimile: (510) 339-3723

Attorneys for Plaintiff

Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA and UNUM GROUP,
formerly UNUMPROVIDENT CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN Y. DANIELS, | Case No.: C 06-06348 MHP |
| Plaintiff, | **STIPULATION RESCHEDULIING SETTLEMENT CONFERENCE; [proposed] ORDER** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUMPROVIDENT CORPORATION; CITY OF OAKLAND; PROFESSIONAL AND TECHNICAL ENGINEERS LOCAL 21 (IFPTE/AFL-CIO), and DOES 1 through 300, inclusive, | |
| Defendants. | |

Plaintiff Kathleen Y. Daniels, and Defendants Unum Life Insurance Company of America, and Unum Group (formerly UnumProvident Corporation), by and through their respective counsel of record, hereby stipulate that the Settlement Conference scheduled by the Court for March 18, 2008, be continued to April ~~15,~~ 25, 2008, at 9:00 a.m. This Stipulation is necessitated by a calendar conflict on the part of Defendants.

Stipulation Rescheduling Settlement Conference; [proposed] Order - Case No. C 06-06348 MHP

DATED: February 27, 2008

By: __/s/ Sheila Thomas__
SHEILA THOMAS
Attorney for Plaintiff

DATED: March 10, 2008

GREEN & HUMBERT

By: __/s/Horace W. Green__
HORACE W. GREEN
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA and UNUM GROUP, formerly UNUMPROVIDENT CORPORATION

## ORDER

IT IS HEREBY ORDERED that the Settlement Conference be, and hereby is, continued from March 18, 2008 to April ~~15,~~ APRIL 25, 2008 at 9:00 a.m. Settlement Conference Statements shall be due seven (7) calendar days prior to the Conference.

THERE WILL BE NO FURTHER CONTINUANCES.

DATED: March 11, 2008

__/s/ Bernard Zimmerman__
BERNARD ZIMMERMAN
United States Magistrate Judge