Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA and UNUM GROUP,
formerly UNUMPROVIDENT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN Y. DANIELS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUMPROVIDENT CORPORATION, and DOES 1 through 300, inclusive,<br><br>　　　　Defendants. | Case No.: C 06-06348 MHP<br><br>**DEFENDANTS' SETTLEMENT CONFERENCE STATEMENT**<br><br>Date:　April 25, 2008<br>Time:　9:00 a.m.<br>Ctrm.: G (15th Floor) |

Per the Declaration of Horace W. Green filed and served concurrently herewith, the parties completed private mediation in this action on March 13, 2008. The case did not settle, and further discussions would not be productive at this time. This matter is not appropriate for use of the Court's limited resources. By reason of the foregoing, Defendants request that the Settlement Conference, currently scheduled for April 25, 2008, be taken off calendar.

DATED: April 17, 2008

GREEN & HUMBERT

By: /s/Horace W. Green
HORACE W. GREEN

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA and UNUM GROUP, formerly UNUMPROVIDENT CORPORATION



DENIED
Judge Bernard Zimmerman

4/22/2008

DENIED. RELIEF CAN ONLY COME FROM JUDGE PATEL.