Antonio M. Lawson (SBN 140823)
LAWSON LAW OFFICES
160 Franklin Street, Suite 204
Oakland, CA 94607
Telephone: (510) 419-0940

Sheila Y. Thomas (SBN 161403)
5260 Proctor Avenue
Oakland, CA 94618
Telephone: (510) 339-3739

Attorneys for Plaintiff
KATHLEEN DANIELS

Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA and UNUM GROUP,
formerly UNUMPROVIDENT CORPORATION

08 APR 24 PM 3: 45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN Y. DANIELS, | Case No.: C 06-06348 MHP |
| Plaintiff, | **STIPULATION RESCHEDULIING SETTLEMENT CONFERENCE;** |
| v. | [proposed] **ORDER** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUMPROVIDENT CORPORATION; CITY OF OAKLAND; PROFESSIONAL AND TECHNICAL ENGINEERS LOCAL 21 (IFPTE/AFL-CIO), and DOES 1 through 300, inclusive, | |
| Defendants. | |

Plaintiff Kathleen Y. Daniels, and Defendants Unum Life Insurance Company of America, and Unum Group (formerly UnumProvident Corporation), by and through their

Stipulation Rescheduling Settlement Conference; [proposed] Order - Case No. C 06-06348 MHP

1 | respective counsel of record, hereby stipulate and jointly request that the Settlement
2 | Conference scheduled by the Court for April 25, 2008, be continued to May 23, 2008, at
3 | 9:00 a.m. This Stipulation is based on the fact that Plaintiff is actively seeking new
4 | counsel to represent her in this matter.

DATED: April 24, 2008

By: _____
ANTONIO M. LAWSON
Attorneys for Plaintiff

DATED: April 24, 2008

GREEN & HUMBERT

By: _____
HORACE W. GREEN
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA and UNUM GROUP, formerly UNUMPROVIDENT CORPORATION

## ORDER

IT IS HEREBY ORDERED that the Settlement Conference be, and hereby is, continued from April 25, 2008 to ~~May 23~~ July 3, 2008 at 9:~~00~~30 a.m. Settlement Conference Statements shall be due seven (7) calendar days prior to the Conference.

DATED: 25 Apr 08

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

1 | respective counsel of record, hereby stipulate and jointly request that the Settlement
2 | Conference scheduled by the Court for April 25, 2008, be continued to May 23, 2008, at
3 | 9:00 a.m. This Stipulation is based on the fact that Plaintiff is actively seeking new
4 | counsel to represent her in this matter.

DATED: April 24, 2008

By: _____
ANTONIO M. LAWSON
Attorneys for Plaintiff

DATED: April 24, 2008          GREEN & HUMBERT

By: _____
HORACE W. GREEN
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA and UNUM GROUP, formerly UNUMPROVIDENT CORPORATION

## ORDER

IT IS HEREBY ORDERED that the Settlement Conference be, and hereby is, continued from April 25, 2008 to May 23, 2008 at 9:00 a.m. Settlement Conference Statements shall be due seven (7) calendar days prior to the Conference.

DATED:

_____
BERNARD ZIMMERMAN
United States Magistrate Judge