# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN Y. DANIELS,<br><br>   Plaintiff,<br><br> v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUMPROVIDENT CORPORATION; CITY OF OAKLAND, and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No.: C 06-06348 MHP<br><br>[PROPOSED] ORDER DIRECTING PRODUCTION OF PLAINTIFF'S MEDICAL RECORDS |

TO: CUSTODIAN OF RECORDS, LANGLEY PORTER INSTITUTE, UNIVERSITY OF CALIFORNIA:

The Court conducted a discovery hearing with respect to the records subpoenas issued by counsel for Defendants on May 12, 2008. Present in Court were Kathleen Daniels; Antonio Lawson; Sheila Thomas; and Horace W. Green, counsel for Defendants.

Having reviewed and considered the pleadings and papers on file herein, and the argument of Ms. Daniels and counsel, and good cause appearing,

IT IS HEREBY ORDERED

that all documents relating to Plaintiff's medical history, complaints, symptoms, examinations, findings, diagnoses, prognoses, photographs, videotapes, treatment, therapy, and without limiting the generality of the foregoing, all correspondence including but not limited to other written or graphic material, be delivered to this Court

1  forthwith for a determination as to whether the interests of justice require production of
2  such records to Defendants in this action.

5  DATED: May 14, 2008

By: _____
MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE



**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

    I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is: Green & Humbert, 220 Montgomery Street, Suite 438, San Francisco, California 94104.

    On **May 13, 2008**, I served document(s) described as (**PROPOSED) ORDER DIRECTIONG PRODUCTION OF MEDICAL RECORDS** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

    Kathleen Y. Daniels
    5401 El Camile Avenue
    Oakland, CA 94619

[X] **BY MAIL**

    [X] I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

    [ ] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party serviced, service is presumed invalid if postage cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X] **(FEDERAL)**    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California on **May 13, 2008**.

NAME: Zhong Lei          /s/ Zhong Lei
                                          (Signature)