UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN Y. DANIELS,<br><br>    Plaintiff(s),<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>    Defendant(s). | No. C06-6348 MHP (BZ)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

Defendants' have requested the continuance of the settlement conference presently scheduled for Thursday, July 3, 2008 for a number of reasons. Plaintiff has filed no opposition. Good cause appearing, **IT IS ORDERED** that the settlement conference scheduled for July 3, 2008 is **continued** to **Thursday, September 11, 2008 at 9:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Supplemental settlement conference statements shall be lodged by September 4, 2008.  The settlement conference Order otherwise remains in full force and effect.

The parties are directed to complete all discovery required for each side to evaluate its settlement position substantially

1

in advance of the conference.

Dated: June 26, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\DANIELS.CONTINUE.SC.2.wpd