UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN Y. DANIELS,<br><br>            Plaintiff(s),<br><br>     v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA, et al.,<br><br>            Defendant(s). | No. C06-6348 MHP (BZ)<br><br>**ORDER DENYING REQUEST FOR<br>CONTINUANCE WITHOUT PREJUDICE** |

    Before the court is plaintiff's request for a continuance of the settlement conference scheduled for Thursday, September 11, 2008, for unspecified medical reasons. This conference was scheduled on June 25, 2008. Plaintiff offers no explanation for why she waited until Tuesday afternoon to request a continuance of a conference scheduled for Thursday and provides no medical certificate explaining the nature of the problem that she claims will prevent her from participating on Thursday or when the problem first arose. For these reasons, the request is **DENIED**

1

without prejudice to being renewed if plaintiff provides a certificate from a doctor by **2:00 p.m., Wednesday, September 10, 2008** explaining the nature of plaintiff's current condition and when it first appeared. The parties are advised that if the conference is continued, it will likely be continued to a date in early December. The court's calendar does not permit a continuance "for several weeks."

Dated: September 9, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\DANIELS.CONTINUE.SC.2.wpd