UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KATHLEEN Y. DANIELS,<br><br>    Plaintiff(s),<br><br>  v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA, et al.,<br><br>    Defendant(s). | No. C06-6348 MHP (BZ)<br><br>**ORDER CONTINUING<br>SETTLEMENT CONFERENCE** |

    The court has received a letter from Dr. Kerbavaz, in which he concludes that due to her medical conditions which have recently been exacerbated, plaintiff "will not be able to participate optimally" in tomorrow's settlement conference and a letter from Dr. Epstein to the same effect.  Defendant has filed no opposition.  **IT IS HEREBY ORDERED** that the settlement conference presently scheduled for September 11, 2008 is continued to **December 2, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,

1

1   California 94102.  No further settlement conference statement
2   need be filed unless a party wished to inform the court of
3   subsequent, material developments.
4   Dated: September 9, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\DANIELS.CONTINUE.SC.2.wpd