# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN Y. DANIELS,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUMPROVIDENT CORPORATION; CITY OF OAKLAND, and DOES 1 through 20, inclusive,<br>　　　　　Defendants. | Case No.: C 06-06348 MHP<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' MOTION TO PLAINTIFF TO ATTEND A NEUROPSYCHOLOGICAL EVALUATION PURSUANT TO RULE 35** |

Having reviewed Defendants' letter brief and supporting declaration, and good cause appearing, Defendants' Motion to Compel Mental Examination is granted.

**IT IS HEREBY ORDERED** that Plaintiff Kathleen Y. Daniels shall appear on October 2, 2008 at 12:30 p.m. and submit to a neuropsychological evaluation to be performed by William J. Lynch, Ph.D., at the offices of Dr. James Missett, 1187 University Drive, Suite 8, Menlo Park, CA, for a period not to exceed five (5) hours.

DATED: September 22, 2008

By: _____
THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California.  I am over the age of 18 years and not a party to the within action; my business address is: Green & Humbert, 220 Montgomery Street, Suite 438, San Francisco, California 94104.

On **September 19, 2008**, I served document(s) described as (**PROPOSED) ORDER** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

Kathleen Y. Daniels
5401 El Camile Avenue
Oakland, CA 94619

[X] **BY MAIL**

    [X] I deposited such envelope in the mail at San Francisco, California.  The envelope was mailed with postage thereon fully prepaid.

    [ ] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party serviced, service is presumed invalid if postage cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X] **(FEDERAL)**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed at San Francisco, California on **September 19, 2008**.

NAME:  Horace W. Green                    /s/ Horace W. Green_____
                                                                  (Signature)