UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN Y. DANIELS,<br><br>  Plaintiff(s),<br><br>  v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA, et al.,<br><br>  Defendant(s). | No. C06-6348 MHP (BZ)<br><br>**BRIEFING ORDER** |

   Defendant having filed a motion to continue the settlement conference and to recover costs, **IT IS HEREBY ORDERED** as follows:

   1.  If plaintiff opposes the motion she shall file an opposition by **October 6, 2008**.  Her opposition shall include a declaration under penalty of perjury responding to the charges in defendant's motion that she failed to serve defendant with a variety of documents.

   2.  Any reply shall be filed by **October 14, 2008**.

1

3. The hearing date remains as scheduled.

4. The court now has available October 10, 2008 at 9:00 a.m. for a settlement conference.  A telephone conference is scheduled for **Monday, September 29, 2008 at 1:15 p.m.** to consider whether to schedule a conference for that date.  The court will place the call; Ms. Daniels and Mr. Green should be available at their phones.

Dated: September 24, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\briefing order.wpd

2