UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN Y. DANIELS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUMPROVIDENT CORPORATION; CITY OF OAKLAND, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.: C 06-06348 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE LATE REPLY BRIEF IN SUPPORT OF MOTION TO CONTINUE SETTLEMENT CONFERENCE AND TO RECOVER COSTS<br><br>[Local Rule 6-3]<br><br>Hearing Date:　October 29, 2008<br>Time:　　　　　10:00 a.m.<br>Ctrm.:　　　　　G |

　　Having reviewed Defendants' ex parte application and supporting declaration, and good cause appearing,

　　**IT IS HEREBY ORDERED** Defendants' Application for Leave to File Late Reply Brief in Support of Motion to Continue Settlement Conference and to Recover Costs is granted.

DATED: October 21, 2008

By: ___*Bernard Zimmerman*___
MAGISTRATE JUDGE BERNARD ZIMMERMAN
UNITED STATES DISTRICT COURT JUDGE