UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN Y. DANIELS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUM PROVIDENT CORPORATION; CITY OF OAKLAND, and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/ | No. C 06-06348 MHP<br><br>**ORDER**<br><br>**Re: Ex Parte Motion for Order To Appoint Limited Scope Legal Counsel and to Stay Proceedings Pending Appointment of Counsel** |

    Plaintiff Kathleen Y. Daniels ("Daniels") has requested an order shortening time for the court to move on Daniels' motion to appoint limited scope legal counsel. Daniels has also requested an order referring Daniels to the Federal Pro Bono Project for a volunteer attorney and staying proceedings pending such appointment of counsel.

    Daniels' motion to shorten time to appoint limited scope legal counsel is **DENIED**. Daniels must appear at the November 17, 2008 hearing to address this and other matters as scheduled.

    Daniels motion to stay proceedings is **DENIED IN PART** and **GRANTED IN PART**. Daniels must appear at the Settlement Conference Hearing scheduled for October 29, 2008. All other proceedings, including the three depositions scheduled for this week, are stayed until after the November 17, 2008 hearing.

    **IT IS SO ORDERED.**

Dated: October 28, 2008

                                                             United States District Court Judge<br>                                                              Northern District of California