UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN DANIELS,             )
                              )
        Plaintiff,            )    No. C06-6348 MHP (BZ)
                              )
    v.                        )
                              )    **SEALING ORDER**
UNUM LIFE INSURANCE COMPANY   )
OF AMERICA et al.,            )
                              )
        Defendants.           )
_____)

**IT IS HEREBY ORDERED** as follows:

1. The Clerk shall file under seal the original documents the court received from Dr. Kerbavaz on September 10, 2008 and Dr. Epstein on September 10, 2008 and October 1, 2008.

2. Attached hereto are redacted versions of those documents.

3. The Clerk shall provide a copy of the sealed documents to counsel for defendants, who shall maintain them as confidential in accordance with whatever protective order now exists in this case.

Dated: October 29, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DANIELS V. UNUM\SEALING ORDER.wpd

1

## BRUCE J. RICE, M.D.
## RICHARD J. KERBAVAZ, M.D.

2316 DWIGHT WAY
BERKELEY, CA 94704

DATE: 9/10/08

**REDACTED**

RE: Kathleen Daniels

DEAR Judge Zimmerman

THANK YOU FOR YOUR REFERRAL OF Help

FINDINGS: Kathleen Daniels has ███████ problems that have been exacerbated recently resulting in difficulty completing required tasks and meeting

PLAN: court deadlines. I believe she will not be able to participate optimally on Thursday, and request a postponement to allow her to get better.

ATTACHMENTS:

PLEASE LET ME KNOW IF I CAN BE OF FURTHER ASSISTANCE.

SINCERELY,

*[signature]*

RICHARD J. KERBAVAZ, M.D.
BRUCE J. RICE, M.D.

# SF

**REDACTED**

...nt of Psychiatry

Date 9/10/08  9/5  10/1/08   Addendum

Number of pages including cover sheet  2

| TO: | Judge Bernard Zimmerman US District Court |
|---|---|
| Phone | |
| Fax | 415 522-4694 |

| FROM: | THE ADULT PSYCHIATRY CLINIC<br>Langley Porter Psychiatric Institute<br>401 Parnassus Avenue<br>Box APC-0984<br>SF, CA 94143-0984 |
|---|---|
| Email | |
| Phone | 415-476-7326 |
| Fax | 415-502-2661 |

CC: LPPI medical records

**REMARKS:** [X] Urgent  [X] For your review  [ ] Reply ASAP  [ ] Please Comment

THE FOLLOWING NOTICE IS APPLICABLE IF THIS BOX IS CHECKED: [ ]

THE CONFIDENTIAL MEDICAL RECORDS INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE, AND PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY FACSIMILE. IF THE PERSON ACTUALLY RECEIVING THIS FACSIMILE OR ANY OTHER READER OF THE FACSIMILE IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE. THANK YOU.

**ADDITIONAL REMARKS:** Please note addendum to previous correspondence.



University of California
San Francisco

**UCSF**

Langley Porter
Hospital & Clinics

401 Parnassus Avenue
San Francisco, CA 94143-0984
Phone (415) 476-7000

**REDACTED**

September 10th, 2008

To Magistrate Judge Bernard Zimmerman:

Ms. Kathleen Daniels is followed at Langley Porter ██████████████████████████████
████████████████████████████████████████████████████████████████. In her current state, I do not feel that Ms. Daniels will be able to complete the necessary paperwork, represent herself and participate in the settlement conference in a coherent and effective manner.

I urge you to reconsider her request for postponement. If you have any questions or concerns, please do not hesitate to call.

Sincerely,

Joanna Epstein, MD
Langley Porter Adult Outpatient Psychiatric Clinic
415-476-7326

Addendum:

Sept 26th, 2008

I continue to feel that Ms Daniels will not be able to complete the necessary paperwork, represent herself + participate in the settlement conference in a coherent and effective matter at this time or in the near future.

Joanna Epstein, MD

c.c. Langley Porter Health Information Management Services

# UCSF

**REDACTED**

Department of Psychiatry

Date 9/10/08

Number of pages including cover sheet  2

| TO: | Judge Bernard Zimmerman |
| --- | --- |
|  | US District Court |
|  |  |
|  |  |
|  |  |
| Phone |  |
| Fax | 415 522-4694 |

CC: LPPI medical records

| FROM: | THE ADULT PSYCHIATRY CLINIC |
| --- | --- |
|  | Langley Porter Psychiatric Institute |
|  | 401 Parnassus Avenue |
|  | Box APC-0984 |
|  | SF, CA 94143-0984 |
| Email |  |
| Phone | 415-476-7326 |
| Fax | 415-502-2661 |

**REMARKS:**  ☒ Urgent   ☒ For your review   ☐ Reply ASAP   ☐ Please Comment

THE FOLLOWING NOTICE IS APPLICABLE IF THIS BOX IS CHECKED: ☐

THE CONFIDENTIAL MEDICAL RECORDS INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE, AND PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY FACSIMILE. IF THE PERSON ACTUALLY RECEIVING THIS FACSIMILE OR ANY OTHER READER OF THE FACSIMILE IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE. THANK YOU.

**ADDITIONAL REMARKS:**

University of California
San Francisco



Langley Porter
Hospital & Clinics

401 Parnassus Avenue
San Francisco, CA 94143-0984
Phone (415) 476-7000

September 10th, 2008

**REDACTED**

To Magistrate Judge Bernard Zimmerman:

Ms. Kathleen Daniels is followed at Langley Porter A███████████████████████
████████████████████████████████████████████████████. In her current state,
I do not feel that Ms. Daniels will be able to complete the necessary paperwork, represent herself and participate in the settlement conference in a coherent and effective manner.

I urge you to reconsider her request for postponement. If you have any questions or concerns, please do not hesitate to call.

Sincerely,

Joanna Epstein, MD
Langley Porter Adult Outpatient Psychiatric Clinic
415-476-7326

c.c. Langley Porter Health Information Management Services