UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN Y. DANIELS,<br><br>    Plaintiff(s),<br><br>  v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA, et al.,<br><br>    Defendant(s). | No. C06-6348 MHP (BZ)<br><br>**ORDER TO SHOW CAUSE** |

On September 10, 2008, at plaintiff's request, I continued the settlement conference then scheduled for September 11, 2008 to December 2, 2008 at 9:00 a.m. By Order dated October 29, 2008, I denied defendant's motion to continue the December 2, 2008 settlement conference until after its motion for summary judgment was resolved.

On December 2, 2008, defendant appeared at the settlement conference through its counsel Horace W. Green. Ms. Daniels did not appear. My secretary called both numbers we had for her and

1

left a message to call chambers.  Having received no call from Ms. Daniels by 9:45 a.m., I excused Mr. Green and adjourned the conference.

**IT IS THEREFORE ORDERED** that plaintiff Kathleen Daniels show cause in writing by **December 15, 2008**, why she should not be held in contempt or otherwise sanctioned pursuant to Rule 16 for failing to comply with this court's orders.  If defendant wishes to propose a sanction, it shall do so by **December 22, 2008**.  A hearing on the order to show cause is scheduled for **January 7, 2009 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  **Plaintiff must appear in person**.

Dated: December 2, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\Daniels.Order To Show Cause.wpd