1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10
                                        )
11                                      )
   KATHLEEN Y. DANIELS,                 )      No. C06-6348 MHP (BZ)
12                                      )
             Plaintiff(s),              )
13                                      )
                                        )      **ORDER IMPOSING SANCTIONS**
14                                      )
       v.                               )
15                                      )
                                        )
16  UNUM LIFE INSURANCE COMPANY         )
    OF AMERICA, et al.,                 )
17                                      )
                                        )
18           Defendant(s).              )
                                        )
19

20       On December 2, 2008, I ordered plaintiff to show cause why

21  she should not be held in contempt or otherwise sanctioned for

22  failing to appear at the December 2, 2008 settlement conference.

23  Plaintiff filed a written response on December 15, 2008.

24  Defendants filed their own response, requesting plaintiff be

25  sanctioned for not attending the settlement conference.

26       The Order To Show Cause was heard on January 7, 2009.

27  Plaintiff appeared personally as did Horace Green, Esq.

28  representing defendants.  Having considered the written and

                              1

1   oral arguments of both parties I find that plaintiff has failed

2   to justify substantially her non-appearance.  Essentially, her

3   explanation is that she thought that at a November 17, 2008

4   hearing, Judge Patel stayed the settlement conference while she

5   was trying to find new counsel through the court's Pro Bono

6   Assistance Program and that she did not think a settlement

7   conference would be productive until she had new counsel.

8   However, plaintiff could not satisfactorily explain why, on

9   October 29, 2008, she opposed defendants' request to continue

10  the December 2, 2008 settlement conference.  Nor could she

11  satisfactorily explain why, when she received Mr. Green's

12  settlement conference statement dated November 24, 2008 and

13  learned that Mr. Green believed that the settlement conference

14  was still on calendar for December 2, she did not communicate

15  her purported confusion to Mr. Green.  As he stated during the

16  hearing, he would have gladly stipulated to continuing the

17  settlement conference, which he had earlier tried to continue by

18  motion over Ms. Daniels' opposition.  Finally, nothing I can

19  find in the record justifies her belief that Judge Patel stayed

20  all proceedings.  The minutes of the November 17, 2008 hearing

21  state only:  "Discovery stayed until 12/8/2008."

22       For all these reasons, sanctions are warranted pursuant to

23  Rule 16(f) for plaintiff's failure to appear at the settlement

24  conference as ordered by the Court.  Defendants' proposed

25  sanction of $2,133.00, representing Mr. Green's time in

26  preparing for and attending the settlement conference, is

27  appropriate.  Mr. Green has documented his time and

28  it appears that the requested fees were incurred reasonably

1  because of plaintiff's non-compliance.

2       It is therefore **ORDERED** that plaintiff pay defendants

3  $2,133.00 representing the costs Mr. Green reasonably incurred

4  in preparing for and attending the December 2, 2008 settlement

5  conference.  The Order to Show Cause is otherwise **DISCHARGED.**

6  Dated: January 7, 2009

7                                    _____
                                        Bernard Zimmerman
8                                    United States Magistrate Judge

9

10

   G:\BZALL\-REFS\REFS.08\ORDER IMPOSING SANCTIONS.1.7.2009.wpd
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       3