# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN Y. DANIELS, <br><br> Plaintiff, <br><br> v. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUMPROVIDENT CORPORATION; CITY OF OAKLAND, and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: C 06-06348 MHP <br><br> [PROPOSED] ORDER DIRECTING PRODUCTION OF PLAINTIFF'S MEDICAL RECORDS |

TO: CUSTODIAN OF RECORDS, LANGLEY PORTER INSTITUTE, UNIVERSITY OF CALIFORNIA, AND CUSTODIAN OF RECORDS, RICHARD J. KERBAVAZ:

The Court conducted a Status Conference in this action on February 23, 2009. Present in Court were Kathleen Daniels, and Horace W. Green, counsel for Defendants.

Having reviewed and considered the pleadings and papers on file herein, and the argument of Ms. Daniels and counsel, and good cause appearing,

IT IS HEREBY ORDERED

that all documents relating to Plaintiff's medical history, complaints, symptoms, examinations, findings, diagnoses, prognoses, photographs, videotapes, treatment, therapy, and without limiting the generality of the foregoing, all correspondence including but not limited to other written or graphic material, be delivered forthwith to Defendants in this action.

IT IS SO ORDERED

Judge Marilyn H. Patel