David M. Lilienstein (SBN 140823)
DL LAW GROUP
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 271-7169

Attorneys for Plaintiff
KATHLEEN DANIELS


Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA and UNUM GROUP,
formerly UNUMPROVIDENT CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN Y. DANIELS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUMPROVIDENT CORPORATION; CITY OF OAKLAND; PROFESSIONAL AND TECHNICAL ENGINEERS LOCAL 21 (IFPTE/AFL-CIO), and DOES 1 through 300, inclusive,<br><br>　　　　　Defendants. | Case No.: C 06-06348 MHP<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER** |

　　　Plaintiff Kathleen Y. Daniels, and Defendants Unum Life Insurance Company of America, and Unum Group (formerly UnumProvident Corporation), by and through their respective counsel of record, hereby stipulate and jointly request that the Case Management Conference scheduled by the Court for February 8, 2010, be continued to

May 24, 2010, at 3:00 p.m. This Stipulation is based on the fact that the parties have scheduled a settlement conference with Magistrate Maria Elena-James for May 11, 2010 at 10:00 a.m. Upon conclusion of the settlement conference, the parties will be in a better position to set pre-trial and trial dates.

DATED: January 20, 2010

By:   /s/ David M. Lillienstein
DAVID M. LILIENSTEIN
Attorneys for Plaintiff

DATED: January 20, 2010

GREEN & HUMBERT

By:   /s/ Horace W. Green
HORACE W. GREEN
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA and UNUM GROUP, formerly UNUMPROVIDENT CORPORATION

## ORDER

IT IS HEREBY ORDERED that the Case Management Conference be, and hereby is, continued from February 8, 2010, to May 24, 2010 at 3:00 p.m. A Joint Case Management Conference Statement, including proposed pre-trial and trial dates, shall be due seven (7) calendar days prior to the Conference.

DATED: 1/21/2010

_____
MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel